**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

---

RICH TOTZKE, TRUSTEE OF THE 2023 TOTZKE FAMILY REVOCABLE TRUST,

Plaintiff,

v. Case No. 26-cv-996

ONEIDA COUNTY BOARD OF ADJUSTMENT and ONEIDA COUNTY,

Defendants.

---

**NOTICE OF REMOVAL**

---

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, defendants, the Oneida County Board of Adjustment and Oneida County (together, "defendants"), as and for their Notice of Removal, set forth the following short and plain statement of the grounds for removal of this action from the Oneida County Circuit Court.

1. On June 9, 2026, plaintiff, Rich Totzke, as trustee of the 2023 Totzke Family Revocable Trust, filed this action, captioned *Rich Totzke, Trustee of the 2023 Totzke Family Revocable Trust v. Oneida County Board of Adjustment and Oneida County*, in the Oneida County Circuit Court under Case No. 26-CV-107. As required under 28 U.S.C. §1446(a), defendants attach hereto as Exhibit 1 copies of all process, pleadings, and orders served upon defendants in this action.

2. In the original complaint, plaintiff asserted three claims under Wisconsin law: (1) for certiorari review of a decision of the Oneida County Board of Adjustment; (2) for violation of Wis. Stat. § 66.10015, and (3) for equitable estoppel. (*See* Exhibit 1,

Complaint, ¶¶ 23-40.) In the original complaint, plaintiff asserted no claims under federal law. (*Id.*)

3. On September 9, 2026, plaintiff filed an amended complaint. (*See* Exhibit 1, Amended Complaint.) In the amended complaint, plaintiff again asserts claims under Wisconsin law: (1) for certiorari review of a decision of the Oneida County Board of Adjustment; (2) for deprivation of a vested right, (3) for equitable estoppel, (4) for unlawful taking pursuant to Article I, Section 13 of the Wisconsin Constitution, and (5) for deprivation of substantive due process pursuant to Article I, Section 1 of the Wisconsin Constitution. (*See* Exhibit 1, Amended Complaint, ¶¶ 25-71.) In the amended complaint, plaintiff also, for the first time, asserts claims under federal law: (1) for unlawful taking pursuant to the Fifth Amendment of the United States Constitution, and (2) for deprivation of substantive due process pursuant to the Fourteenth Amendment of the United States Constitution. (*See* Exhibit 1, Amended Complaint, ¶¶ 51-71.)

2. Defendants were served with plaintiff's amended complaint on September 9, 2026.

3. The removal of this action is timely, as this Notice of Removal is filed within thirty days of service of the amended complaint on defendants. *See* 28 U.S.C. § 1446(b)(3).

4. Further, through their undersigned counsel, each of the defendants joins in and consents to the removal of this action. *See* 28 U.S.C. § 1446(b)(2).

5. This action is removable under 28 U.S.C. § 1441(a) because it is a civil action over which this Court has original jurisdiction and because this case is being removed to the United States District Court for the district and division embracing the place where the action is pending. *See* 28 U.S.C. § 1441(a).

6. This Court has original jurisdiction over this action because a claim asserted herein arises under the Constitution, laws, or treaties of the United States. *See* 28 U.S.C. § 1331. Specifically, plaintiff asserts claims pursuant to 42 U.S.C. § 1983 for the alleged violation of plaintiff's rights under the Fifth and Fourteenth Amendments to the United States Constitution. (*See* Ex. 1, Amended Complaint, ¶¶ 51-71.) This Court has supplemental jurisdiction over plaintiff's claims under Wisconsin law pursuant to 28 U.S.C. § 1367(a).

7. Written notice of the filing of this Notice of Removal will be promptly provided to plaintiff and filed with the Oneida County Circuit Court.

WHEREFORE, defendants respectfully submit this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441, and 1446.

Dated at Milwaukee, Wisconsin this 2nd day of October, 2026.

**HANSEN REYNOLDS LLC**

/s/ Andrew A. Jones
Andrew A. Jones
Andrew J. Kramer
301 N. Broadway, Suite 400
Milwaukee, Wisconsin 53202
(414) 455-7676
ajones@hansenreynolds.com
akramer@hansenreynolds.com

*Attorneys for Defendants Oneida County Board of Adjustment and Oneida County*